# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MARK T. DAVID, JR.

NO. 2025 KW 0905

**OCTOBER 23, 2025**

---

In Re:    Mark T. David, Jr., applying for supervisory writs, 18th Judicial District Court, Parish of Iberville, No. 2022-CR-646.

---

**BEFORE:    THERIOT, PENZATO, AND BALFOUR, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include the trial court's ruling, pertinent minutes, and any other portions of the district court record that might support the claims raised in the application for postconviction relief or any other pertinent documents from the district court record. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, he may do so without the necessity of obtaining a return date, and the application must be filed on or before January 28, 2026. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

**MRT**
**AHP**
**KEB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT